FILED
CLERK, U.S. DISTRICT COURT

JUL 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MKRTCHYAN INVESTMENTS, L.P. | CASE NO.  CV 14-5364 (SH) |
| Plaintiff, | ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |
| vs. | |
| FABIOLA GARCIA-DELOYA; GUADALUPE MARIA RAMOS-MENDOZA, DOES 1-10, | |
| Defendants. | |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On July 10, 2014, Juan Perez, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed.  To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendants do not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper.  28 U.S.C. § 1441(a);

1  see *Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162

2  L.Ed.2d 502 (2005).   Even if complete diversity of citizenship exists, the amount in

3  controversy does not exceed the diversity jurisdiction threshold of $75,000. *See* 28 U.S.C.

4  §§ 1332, 1441(b). On the contrary, the unlawful detainer complaint recites that the amount

5  in controversy does not exceed $10,000.

6      Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

7  Superior Court of California, Los Angeles County, Central District, Stanley Mosk

8  Courthouse, 111 North Hill Street, Los Angeles, CA 90012, for lack of subject matter

9  jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this

10  Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

11      IT IS SO ORDERED.

12      DATED: 7/17/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE